**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:  September 18, 2006**

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar
Interpreter: Ruth Warner

_____
**Criminal Case No.  06-cr-00273-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| v. | |
| 1.    ULISES TORRES-VILLA, | Gilbert Montoya |
| 3.    JORGE CORREA, | Arthur Nieto |
| Defendants. | |

_____

**COURTROOM  MINUTES**
_____

**Hearing: Motion to Suppress Statements**

**9:07 a.m.     Court in session.**

The Defendant is present in court (in custody).

Appearances of counsel.

Opening statements by the court.

The parties stipulate to the qualifications of the interpreter.

The Interpreter is sworn.

Mr.  Nieto, for defendant Jorge Correa, makes an oral motion to withdraw the defendant's motion to suppress statements.

No objections.

1

The Court and counsel discuss pending motions.

**It was ORDERED as follows:**

1. That Defendant Jorge Correa's Motion to Suppress Statements, [#41] filed August 10, 2006, is **withdrawn**;

2. That Defendant Jorge Correa's Motion for Disclosure of Grand Jury Material, [#30] filed July 31, 2006, is **denied as moot**;

3. That Defendant Ulises Torres-Villa's Motion for Leave to File Additional Pretrial Motions, [#46] filed August 10, 2006, is **denied as moot**;

4. That Defendant Jorge Correa's Motion for Leave to File Additional Pretrial Motions, [#31] filed July 31, 2006, is **denied as moot**;

5. That Defendant Jorge Correa's Motion for Leave to File Additional Pretrial Motions, [#42] filed August 10, 2006, is **denied as moot**;

6. That Defendant Gumaro Torres-Leon's First Motion to Join Jorge Correa's Document Nos. 29, 30, and 31, [#32] filed July 31, 2006, is **denied as moot**;

7. That Defendant Gumaro Torres-Leon's Second Motion to Join Motion of Co-Defendant Correa and Torres-Villa, [#48] filed August 10, 2006, is **denied as moot**;

8. That a Status Conference is scheduled for **November 3, 2006, at 8:45 a.m.**, at which time counsel, or substitute counsel, and the defendants, shall appear before the court without further notice or order of the court;

9. That trial by jury shall commence on **January 8, 2007, at 8:30 a.m.**; and

10. That a trial preparation conference is scheduled for **January 5, 2007, at 11:30 a.m.**

**9:34 a.m.    Court in recess.**

*Total court time: 00:27 minutes - hearing concluded*